UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY PETROSKY<br>    Plaintiff<br><br>v.<br><br>AMERICAN ADJUSTMENT BUREAU, INC.<br>    Defendant | CIVIL ACTION NO.<br>3:11-CV-00293 (CFD)<br><br><br><br>JUNE 27, 2011 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Nancy Petrosky, through her attorney, and the defendant, American Adjustment Bureau, Inc., through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

Plaintiff, Nancy Petrosky

By: /s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

Defendant, American Adjustment Bureau, Inc.

By: /s/ Jonathan D. Elliot.
Jonathan D. Elliot, Esq. (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard, Suite 500
Bridgeport, CT 06605
Tel: (203) 333-9441
Fax: (203) 333-1489
jelliot@znclaw.com

## CERTIFICATION

I hereby certify that on this 27th day of June, 2011, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn